**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DONALD D. FINK,             ) | |
|             ) | |
|        Plaintiff,    ) | |
|    v.            ) | No. 4:08CV1554-DJS |
|             ) | |
| MICHAEL J. ASTRUE,     ) | |
| Commissioner of Social Security,  ) | |
|             ) | |
|        Defendant.    ) | |

<u>ORDER</u>

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on January 4, 2010, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #17] is accepted and adopted.

Dated this   <u>26th</u>   day of <u>January</u>, 2010.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE